UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JENNIFER J. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 2:25-cv-00330-SDN |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) ) |
| Defendant. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION

On October 30, 2025, the Magistrate Judge recommended dismissing Plaintiff's complaint without prejudice for failure to prosecute. ECF No. 19. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on November 13, 2025, and no objections have been filed, either before or after the deadline.

The Court finds no clear error and agrees with the findings set forth in the Recommended Decision. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is **AFFIRMED** and **ADOPTED**. ECF No. 19. Plaintiff's complaint is **DISMISSED** without prejudice. ECF No. 1.

**SO ORDERED.**

Dated this 12th day of January, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

1